UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:11-CR-129-FtM-UASPC

WILLIAM PEREZ, JR.

_____

**ORDER**

This matter comes before the Court on the Motion for Order Authorizing Investigator to Have Contact Visits with Defendant Perez and to Bring a Laptop Computer Into the Facility (Doc. #57) filed on February 24, 2012. Counsel moves the Court for an Order directing the Lee County Jail to authorize contact visits with Defense Counsel's Investigator with the use of a laptop computer for the purpose of viewing CD ROM discovery. As grounds, Counsel indicates that it is necessary for the Investigator to review the video discovery with the Defendant. It is not noted whether the Government has an objection to the relief requested. However, upon review, the Court finds good cause and will grant permission for the Investigator to meet with the Defendant as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion for Order Authorizing Investigator to Have Contact Visits with Defendant Perez and to Bring a Laptop Computer Into the Facility (Doc. #57) is **GRANTED**. Counsel's Investigator, Julio Ojeda, is permitted to visit the Defendant in the Lee County Jail, with a laptop computer for the purpose of reviewing the video discovery. Counsel and Investigator Ojeda

shall comply with the guidelines outlined by the Lee County Jail for the use of electronic equipment.

**DONE AND ORDERED** at Fort Myers, Florida, this 27th Day of February, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:

Counsel of Record