# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 2:11-CR-129-FtM-29SPC

PEDRO MAXMILIANO RIVERO

_____

## ORDER

This matter comes before the Court on the Motion for Order Authorizing Paralegal/Investigator to Have Contact Visits with Defendant Rivero (Doc. #75) filed on March 29, 2012. Counsel for the Defendant moves the Court for an Order granting permission to allow his paralegal/investigator, John Garcia, full contact visits with the Defendant while incarcerated at the Lee County Jail. The US Attorney's office has not filed or otherwise notified the Court of an objection. The Court, having considered the motion, finds good cause and will grant the relief requested. Accordingly, it is now

**ORDERED:**

The Motion for Order Authorizing Paralegal/Investigator to Have Contact Visits with Defendant Rivero (Doc. #75) is **GRANTED**. John Garcia, Paralegal/Investigator for Glenn H. Mitchell, Esq., is permitted to visit the Defendant pursuant to the guidelines and policies of the Lee County Jail.

**DONE AND ORDERED** at Fort Myers, Florida, this 11th Day of April, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record

1